**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DietGoal Innovations LLC     v.    Time, Inc.

No. 14-1770

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se      [✓] As counsel for:     DietGoal Innovations LLC
                                        Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant      [ ] Respondent or appellee

My address and telephone are:

Name:              Eric W. Buether
Law firm:          Buether Joe & Carpenter, LLC
Address:           1700 Pacific Avenue, Suite 4750
City, State and ZIP: Dallas, Texas  75201
Telephone:         (214) 466-1271
Fax #:             (214) 635-1827
E-mail address:    Eric.Buether@BJCIPLaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 05/13/1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes     [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

September 10, 2014                    /s/ Eric W. Buether
Date                                  Signature of pro se or counsel

cc: _____

Form 30

**FORM 30. Certificate of Service**

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on September 10, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| Eric W. Buether | /s/ Eric W. Buether |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Buether Joe & Carpenter, LLC

Address: 1700 Pacific Avenue, Suite 4750

City, State, ZIP: Dallas, Texas 75201

Telephone Number: (214) 466-1271

FAX Number: (214) 635-1827

E-mail Address: Eric.Buether@BJCIPLaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.